JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 23-1466-GW-JC | Date | September 18, 2023 |
|---|---|---|---|
| Title | *Clemente Manuel Gamboa, Jr. v. Riverside District Attorney, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER

Plaintiff, a detainee acting pro se, filed this action on July 19, 2023 using the Civil Rights Complaint form CV-66. *See* ECF No. 1. The Plaintiff did not identify a defendant on the cover page, nor on the initial three spots in the body of the form. He does name the "Riverside District Attorney" as Defendant No. 4, and Eric Balasteros (the alleged stepson of the owner of the "Johova Wittness [sic] Kingdom Hall") as Defendant No. 5. *Id.* at 4. The claim (as delineated in the Complaint) is short but confusing. Plaintiff avers *inter alia* that "[w]hile living at resedence [sic], District Attorney used adversarial system to force plaintiff out after six years of managing home for owner then forced a trial upon plaintiff" which resulted in an acquittal after two years. *Id.* at 5.

On July 26, 2023, Plaintiff was sent a notice by the Clerk's Office ("Notice") that he had not paid the filing fee or submitted a completed application for leave to proceed in forma pauperis ("IFP"). *See* ECF No. 2. He was provided with a form CV-60P ("prisoner's request to proceed without prepayment of filing fees") and told that he had 30 days to respond to the Notice by either payment of the filing fees or submission of a completed form CV-60P. He was further told that a failure to properly respond to the Notice could result in the dismissal of his case.

On August 30, 2023, Plaintiff filed a document entitled "Evidence" which appears to be his ramblings, *e.g.* he states that his "Incareration [sic] alone has consperacy [sic] of defendants' scheming to prevent plaintiff cridablity [sic] when defendants' plan through food preparations that intention's [sic] mentally weaken plaintiff's sence [sic] of direction." *See* ECF No. 4 at 1. Attached to Evidence document is an Order re Dismissal filed on August 2, 2023, in *Clemente Manuel Gamboa, Jr. v. District Attorney Advasary* [sic] *System, Riverside County*, No. 23-cv-02801-JD (N.D. Cal.), which dismissed that case without prejudice for Plaintiff's failure to pay the filing fee or submit a completed application to proceed in forma pauperis. *Id.* at 5.

More than 30 days has passed since the Notice was issued to Plaintiff and he has not paid the filing fee or filed a completed form CV-60P. The Evidence document is not an adequate response to the

:

Initials of Preparer   JG

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 23-1466-GW-JC | Date | September 18, 2023 |
|---|---|---|---|
| Title | *Clemente Manuel Gamboa, Jr. v. Riverside District Attorney, et al.* | | |

Notice. Therefore, this action is dismissed without prejudice.

| | : |
|---|---|
| Initials of Preparer | JG |